IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00975-BNB

JAMES DOW VANDIVERE,

    Applicant,

v.

RENE GARCIA, or current Warden of FCI/Low Englewood,

    Respondent.

ORDER OVERRULING OBJECTION

    This matter is before the Court on the "Answer/Reply/Objection to Order of April 13th, 2012" that Applicant, James Dow Vandivere, filed with the Court *pro se* on April 30, 2012.

    The Court must construe Mr. Vandivere's filings liberally because he is a *pro se* litigant.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, the Court should not act as a *pro se* litigant's advocate.  *See Hall*, 935 F.2d at 1110.  The Court will construe the document liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A).  For the reasons stated below, the objection will be overruled.

    Pursuant to § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

    In his liberally construed objection, Mr. Vandivere objects to Magistrate Judge Boyd N. Boland's order of April 13, 2012, requiring him to cure deficiencies.  Magistrate

Judge Boland's April 13 order is neither clearly erroneous nor contrary to law. Therefore, Mr. Vandivere's liberally construed objection will be overruled. Accordingly, it is

ORDERED that the document titled "Answer/Reply/Objection to Order of April 13th, 2012" (Doc. No. 5) that Applicant, James Dow Vandivere, filed on April 30, 2012, and which the Court construed liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A), is overruled.

FURTHER ORDERED that Applicant continues to have thirty (30) days from the date of the April 13, 2012, order in which to cure the designated deficiencies. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within the time allowed, the action will be dismissed without further notice.

DATED at Denver, Colorado, this   4th   day of   May  , 2012.

BY THE COURT:


  s/Lewis T. Babcock  
LEWIS T. BABCOCK
Senior Judge, United States District Court